# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE RODRIGUEZ, on behalf of himself
and those similarly situated,**

**Plaintiff,**

-vs-                                                                Case No.  6:07-cv-160-Orl-22DAB

**SAWYER PROPERTY MANAGEMENT
OF FLORIDA, LLC,**

**Defendant.**
_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 35) filed on June 15, 2007.

The United States Magistrate Judge recommends that the settlement be approved and the case be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed June 15, 2007 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court approves a settlement of $9,500.00; with Plaintiff to receive $3,000.00 (less applicable withholding and taxes), and Plaintiff's counsel to receive $6,500.00 for attorneys' fees and costs. However, the Court does not approve all other terms of the Settlement Agreement.

3. The collective action allegations in the Complaint are dismissed and this case is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 2, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge